DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GABRIEL BRADLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1984
————————————————

December 6, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Whyte, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, SMITH, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.